**Dismissed and Opinion Filed June 15, 2015.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-15-00169-CV

---

### TOM BENSON, D/B/A LOW PRICE BAIL BONDS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the County Criminal Court of Appeals No. 1
Dallas County, Texas
Trial Court Cause No. MC-14-R0012-D**

---

## MEMORANDUM OPINION
Before Justices Bridges, Lang and Schenck
Opinion by Justice Lang

Relying on Texas Rule of Appellate Procedure 42.1(a)(1), appellant has filed a motion to

dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal.

*See id.*

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

150169F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

TOM BENSON, D/B/A LOW PRICE BAIL
BONDS, Appellant

No. 05-15-00169-CV      V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Criminal Court
of Appeals No. 1, Dallas County, Texas
Trial Court Cause No. MC-14-R0012-D.
Opinion delivered by Justice Lang. Justices
Bridges and Schenck participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee The State of Texas recover its costs, if any, of this appeal from appellant Tom Benson d/b/a Low Price Bail Bonds and from Thomas Lochry and E. John Rosa as sureties on appellant's bond.

Judgment entered this 15th day of June, 2015.